```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Bruce Muzzey</u>

    v.                                    Case No. 08-cv-275-PB

<u>Sheet Metal Workers Local 17C</u>
<u>NH Pension Trust, et al.</u>


<u>**O R D E R**</u>

The agreement to temporarily stay proceedings (Doc. No. 39) is approved.  All pending motions are denied without prejudice and the case shall be statistically closed.  The parties shall notify the court of any failure by either party to abide by the agreed-upon schedule.

    SO ORDERED.

                                       <u>/s/Paul Barbadoro</u>
                                       Paul Barbadoro
                                       United States District Judge

November 25, 2010

cc: